# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Xiuling WEI,
Weiguo WANG, see attached

Write the full name of each plaintiff.

-against-

Yahoo Inc.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

24 Misc. 556
____CV____

(Include case number if one has been assigned)

PETITION APPLICATION

Do you want a jury trial?
☐ Yes   ☒ No

By **December 27, 2024**, Applicant shall serve their 28 U.S.C. § 1782 Application for Discovery, proposed subpoenas and this order on all adverse parties in the foreign action and the proposed subpoena recipients and file proof of service. Any opposition to the proposed subpoenas shall be filed by **January 10, 2025**. The Court will rule on the written submissions without oral argument.

Dated: December 19, 2024
New York, New York

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Rev. 1/9/17

4