UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
XIULING WEI, et al.,

                  Petitioners,

            -against-

YAHOO, INC.,

                  Respondent.
------------------------------------------------------------X

24 Misc. 556 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 19, 2024, required Petitioners to serve their 28 U.S.C. § 1782 Application for Discovery, proposed subpoenas and that Order on all adverse parties in the foreign action and the proposed subpoena recipients and file proof of service by December 27, 2024. The Order also directed any party who objected to the proposed subpoenas to file such an opposition by January 10, 2025;

WHEREAS, Petitioners failed to file proof of service. It is hereby

**ORDERED** that, by **January 10, 2025**, the parties shall the file proof of service of the aforementioned documents on all adverse parties in the foreign action and the proposed subpoena recipients. It is further

**ORDERED** that the deadline to file any opposition to the proposed subpoenas is **ADJOURNED** to **January 24, 2025**.

Dated: January 6, 2025
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE