UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
XIULING WEI, et al.,
                          Petitioners,

                         24 Misc. 556 (LGS)

       -against-

                         ORDER

YAHOO, INC.,
                          Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 2, 2024, Petitioner filed an *Ex Parte* Petition for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for use in Foreign Proceedings, (the "Petition").

      WHEREAS, an Order dated January 6, 2025, directed Petitioners to serve their Petition and proposed subpoenas on all adverse parties in the foreign action and Respondent and file proof of service by January 10, 2025.  The Order also directed any party who objected to the proposed subpoenas to file such an opposition by January 24, 2025.

      WHEREAS, Petitioners timely filed proof of service.

      WHEREAS, no party in the foreign proceeding filed an objection to the proposed subpoenas.

      WHEREAS, Respondent has not appeared in this action nor objected to the proposed subpoenas.

      WHEREAS, the Court, having reviewed the Petition and supporting papers, finds that the requested discovery is warranted under 28 U.S.C. § 1782.  It is hereby

      **ORDERED** that Petitioner is granted leave to serve the proposed subpoenas upon Respondent Yahoo, Inc.  It is further

**ORDERED** that Petitioner shall serve a copy of this Order with each subpoena served. Within five business days of such service, Petitioner shall file proof of service along with a copy of the subpoena as served.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 1 and close the case.

Dated: January 31, 2025
      New York, New York

                                                   **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**